# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JEAN OSCAR,**

    **Petitioner,**

v.                                              Case No. 1:22-cv-205-AW-ZCB

**FCC COLEMAN, USP 2,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's September 30 Report and Recommendation (ECF No. 16). I have also considered de novo Petitioner's objections (ECF No. 17), I now adopt the Report and Recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2241 petition is dismissed without prejudice." The clerk will then close the file.[1]

SO ORDERED on October 25, 2022.

                                            s/ *Allen Winsor*
                                            United States District Judge

---

[1] After filing his objections to the Report and Recommendation, Petitioner submitted a "Notice of Appeal Denial 2241 motion, Denial Notice Pleading, Denial Writ of Habeas Corpus Ad Prosequendum and Denial Writ of Habeas Corpus Ad Testificandum from a Judgment, Order, or Decree of a District Court Exercising Original Jurisdiction in a Bankruptcy Cases and/or in a Civil Cases." ECF No. 18. I reviewed this document before entering this order. It is unclear what purpose the filing served, and it included references to bankruptcy proceedings that have no obvious connection to this case.

If Petitioner seeks to appeal this order, he must file a separate notice of appeal.